**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,      ) | No. CV 12-549-TJH(CW) |
|              Petitioner,  ) | ORDER DISMISSING PETITION |
|     v.                   ) | AS SUCCESSIVE |
| GREG D. LEWIS (Warden),    ) | |
|             Respondent.  ) | |

Pro se petitioner is a prisoner in the custody of the State of California pursuant to his 1987 conviction in California Superior Court, Los Angeles County, Case No. A-917709. This petition is a challenge to petitioner's 1987 conviction and sentence.

Petitioner has filed four separate habeas petitions in this court, challenging the same conviction and sentence he challenges here. The first of these petitions, in case no. CV 96-2174-TJH(CW), was denied and dismissed with prejudice in a judgment entered July 15, 1999. All of Petitioner's subsequent petitions were dismissed on the basis that each was a second or successive petition filed without prior authorization by the Ninth Circuit as required by 28 U.S.C. §

1

1  2244(b)(3)(A). <u>See</u> Case Nos. CV 06-696-TJH(CW); CV 08-2458-TJH(CW); CV

2  08-4237-TJH(CW).

3        Because there is no indication in the record that petitioner has

4  yet obtained the requisite order from the Ninth Circuit, this petition

5  is likewise subject to dismissal without prejudice. Petitioner may

6  file a new petition in this court if and only if petitioner has first

7  obtained authorization pursuant to 28 U.S.C. § 2244(b)(3)(A).

8                                 **<u>ORDERS</u>:**

9        1.   It is hereby **ORDERED** that judgment be entered dismissing the

10  petition as successive.

11       2.   The clerk shall serve copies of this order and the judgment

12  herein on petitioner.

13

14  DATED: February 1, 2012

15

16                                    _____

17                                    TERRY J. HATTER, JR.
                                      United States District Judge

18  Presented by:

19  Dated: January 31, 2012

20

21  _____

22     CARLA M. WOEHRLE
    United States Magistrate Judge

23

24

25

26

27

28

                                   2