**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELVIN JOSEPH SIMMONS, | ) | No. CV 12-549-TJH(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GREG D. LEWIS, (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: February 1, 2012

_____
TERRY J. HATTER, JR.
United States District Judge